```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/31/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL S. PILKINGTON,

                Plaintiff,

    -against-

TUTOR PERINI BUILDING CORP. and TUTOR
PERINI CORPORATION,

                Defendants.
------------------------------------------------------------X
TUTOR PERINI BUILDING CORP. and TUTOR
PERINI CORPORATION,

                Third-Party Plaintiffs,

    -against-

GILSTON ELECTRICAL CONTRACTING CORP
and HUDSON ELEVATOR GROUP, INC.,

                Third-Party Defendants.
------------------------------------------------------------X

Case No. 17 CV 00060 (DCF)

STIPULATION AND ORDER EXTENDING TIME
TO REPLY TO COUNTERCLAIMS

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the undersigned parties, that the time for defendants/third-party plaintiffs, Tutor Perini Building Corp. and Tutor Perini Corporation, to reply to the counterclaims, respectively, of third-party defendants, Hudson Elevator Group, Inc. and Gilston Electrical Contracting Corp., be, and the same, hereby, is extended to and including September 6, 2017.

**IT IS FURTHER STIPULATED AND AGREED**, that faxed and/or scanned copies of this Stipulation and faxed and/or scanned copies of signatures shall constitute originals, that this Stipulation may be executed in counterparts, and after full and final execution of this Stipulation, it may be filed without further notice to the parties with the Clerk of Courts for the United States District Court for the Southern District of New York.

Dated: New York, New York
August 25, 2017
31st

Neil H. Greenberg & Associates, P.C.

By: _____
Justin M. Reilly Esq.
Attorneys for Plaintiff
4242 Merrick Road
Massapequa, NY 11758
(516) 228-5100

Law Offices of Kenneth Arthur Rigby, PLLC

By: _____
Kenneth Arthur Rigby, Esq.
Attorneys for Defendants/Third-Party Plaintiffs
15 Maiden Lane, Suite 803
New York, NY 10038
(212) 629-7575

Gottlieb Siegel & Schwartz, LLP

By:_____
Michael H Gottlieb, Esq.
Attorneys for Third-Party Defendant
Hudson Elevator Group, Inc.
207 E. 94th Street, Mezzanine Level
New York, NY 10128
(646) 449-8141

Bartlett McDonough & Monaghan, LLP

By:_____
Douglas Langholz, Esq.
Attorneys for Third-Party Defendant
Gilston Electrical Contracting Corp.
170 Old Country Road
Mineola, NY 11501
(516) 877-2900

So Ordered, 8/31/17

_____
Judge Debra Freeman
Chief Magistrate Judge
U.S. District Court for the
Southern District of New York

(This resolves Dkt 28)

-2-

Dated: New York, New York
~~September~~ 25, 2017
August

Neil H. Greenberg & Associates, P.C.

By:_____
Justin M. Reilly Esq
Attorneys for Plaintiff
4242 Merrick Road
Massapequa, NY 11758
(516) 228-5100

Law Offices of Kenneth Arthur Rigby, PLLC

By:_____
Kenneth Arthur Rigby, Esq.
Attorneys for Defendants/Third-Party Plaintiffs
15 Maiden Lane, Suite 803
New York, NY 10038
(212) 629-7575

Gottlieb Siegel & Schwartz, LLP

By:_____
Michael H. Gottlieb, Esq.
Attorneys for Third-Party Defendant
Hudson Elevator Group, Inc.
207 E. 94th Street, Mezzanine Level
New York. NY 10128
(646) 449-8141

Bartlett McDonough & Monaghan, LLP

By:_____
Douglas Langholz, Esq.
Attorneys for Third-Party Defendant
Gilston Electrical Contracting Corp.
170 Old Country Road
Mineola, NY 11501
(516) 877-2900

So Ordered,

_____
Judge Debra Freeman
Chief Magistrate Judge
U.S. District Court for the
Southern District of New York

-2-

Dated: New York, New York
       September 25, 2017
       August

Neil H. Greenberg & Associates, P.C.

By:_____
Justin M. Reilly Esq.
Attorneys for Plaintiff
4242 Merrick Road
Massapequa, NY 11758
(516) 228-5100


Gottlieb Siegel & Schwartz, LLP


By:_____
Michael H. Gottlieb, Esq
Attorneys for Third-Party Defendant
Hudson Elevator Group, Inc.
207 E. 94th Street, Mezzanine Level
New York, NY 10128
(646) 449-8141


So Ordered,


_____
Judge Debra Freeman
Chief Magistrate Judge
U.S. District Court for the
Southern District of New York

Law Offices of Kenneth Arthur Rigby, PLLC

By:_____
Kenneth Arthur Rigby, Esq.
Attorneys for Defendants/Third-Party Plaintiffs
15 Maiden Lane, Suite 803
New York, NY 10038
(212) 629-7575


Bartlett McDonough & Monaghan, LLP


By:_____
Douglas Langholz, Esq
Attorneys for Third-Party Defendant
Gilston Electrical Contracting Corp.
170 Old Country Road
Mineola, NY 11501
(516) 877-2900

-2-