UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANIEL S. PILKINGTON,

                    Plaintiff,

   -against-

TUTOR PERINI BUILDING CORP., and TUTOR
PERINI CORPORATION,

                    Defendants.
-------------------------------------------------------------X
TUTOR PERINI BUILDING CORP., and
TUTOR PERINI CORPORATION,

                    Third-Party Plaintiffs,

   -against-

GILSTON ELECTRICAL CONTRACTING CORP.,
and HUDSON ELEVATOR GROUP, INC.,

                    Third-Party Defendants.
-------------------------------------------------------------X

17-CV-00060 (DCF)

REVISED SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/17

**DEBRA C. FREEMAN, U.S.M.J.:**

       After consultation with counsel for the parties, the Court adopts the following Revised Scheduling Order in accordance with Federal Rules of Civil Procedure 16 and 26(f):

1. Third-Party Defendant, Gilston Electrical Contracting Corp., shall fully respond to Plaintiff's document demands and interrogatory requests and Defendants/Third-Party Plaintiffs' documents demands and interrogatory requests by <u>December 22, 2017</u>.

2. Third-Party Defendant, Hudson Elevator Group, Inc., shall fully respond to Plaintiff's document demands and interrogatory requests and Defendants/Third-Party Plaintiffs' document demands and interrogatory requests by <u>December 22, 2017</u>.

3. Plaintiff shall appear for a deposition on <u>January 3, 2018</u>.

4. Defendants' Fed. R. Civ. P. Rule 30(b)(6) witness shall appear for a deposition <u>on or before January 23, 2018</u>.

5. Third-Party Defendant, Gilston Electrical Contracting Corp.'s Fed R. Civ. P. Rule 30(b)(6) witness shall appear for a deposition on <u>January 30, 2018</u>

1

6. Third-Party Defendant, Hudson Elevator Group, Inc.'s Fed. R. Civ. P. Rule 30(b)(6) witness shall appear for a deposition on February 2, 2018.

7. It is agreed that further depositions may need to be scheduled based on the testimony of the witnesses produced by the parties.

8. Fact Discovery
   a. The parties shall complete fact discovery no later than February 16, 2018.
   b. The parties shall complete depositions of fact witnesses by February 16, 2018.
   c. The parties shall serve requests to admit by January 12, 2018.

9. Expert Discovery
   a. The parties shall complete expert discovery no later than April 27, 2018.
   b. The parties shall serve expert reports no later than March 30, 2018.
   c. The parties shall serve rebuttal expert reports no later than April 13, 2018.
   d. The parties shall complete expert depositions by April 27, 2018.
   e. The plaintiff anticipates expert testimony concerning the following issues: liability, vocational rehabilitation, economic loss.
   f. The defendants and third party defendants anticipate expert testimony concerning the following issues: liability, medical, vocational rehabilitation, economic loss.

10. Unless otherwise ordered by the Court, within thirty (30) days from the date for the completion of discovery, the parties shall request a conference with the Court for the purpose of setting either a schedule for summary judgment motions (if no such schedule has yet been set) or a trial date in accordance with the Court's Individual Practices.

11. All motions and applications shall be filed in accordance with the Court's Individual Practices.

Dated: December 14, 2017
New York, New York

SO ORDERED.

_____
DEBRA C. FREEMAN
United States Magistrate Judge

2