UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANIEL S. PILKINGTON,                              17-CV-00060 (DCF)

                            Plaintiff,                    JOINT REVISED SCHEDULING
                                                        ORDER

    -against-

TUTOR PERINI BUILDING CORP., and TUTOR
PERINI CORPORATION,

                            Defendants.
------------------------------------------------------------------X
TUTOR PERINI BUILDING CORP., and
TUTOR PERINI CORPORATION,

                        Third-Party Plaintiffs,

    -against-

GILSTON ELECTRICAL CONTRACTING CORP.,
and HUDSON ELEVATOR GROUP, INC.,

                        Third-Party Defendants.
------------------------------------------------------------------X

**DEBRA C. FREEMAN, U.S.M.J.**:

       After consultation with counsel for the parties, the Court adopts the following Joint Revised Scheduling Order in accordance with Federal Rules of Civil Procedure 16 and 26(f):

1. Third-Party Defendant Gilston Electrical Contracting Corp.'s Fed R. Civ. P. Rule 30(b)(6) witness shall appear for a deposition on <u>May 9, 2018</u>.

2. Third-Party Defendant Hudson Elevator Group, Inc.'s Fed. R. Civ. P. Rule 30(b)(6) witness shall appear for a deposition on <u>May 15, 2018</u>.

3. Plaintiff shall serve a subpoena on former Defendant Tutor Perini Corporation employee Earl Truxon commanding him to appear for a deposition on <u>May 29, 2018</u>.

4. Plaintiff shall serve a subpoena on former Defendant Tutor Perini Corporation employee Angelica Sepulveda commanding her to appear for a deposition on <u>May 31, 2018</u>.

5. Plaintiff shall serve a subpoena on former Defendant Tutor Perini Corporation employee Joao Robalo commanding him to appear for a deposition on <u>June 11, 2018</u>.

6. Third-Party Defendant Hudson Elevator Group, Inc. shall produce T.J. Lionetti and Gerard Monohan for a deposition on <u>July 19, 2018</u>.

7. Plaintiff shall serve a subpoena on former Defendant Tutor Perini Corporation employee Chris Gianini commanding him to appear for a deposition on <u>July 23, 2018</u>.

8. It is agreed that further depositions may need to be scheduled based on the testimony of the witnesses produced by the parties.

9. Fact Discovery
    a. The parties shall complete fact discovery no later than <u>July 27, 2018</u>.
    b. The parties shall complete depositions of fact witnesses by <u>July 27, 2018</u>.
    c. The parties shall serve requests to admit by <u>June 22, 2018</u>.

10. Expert Discovery
    a. The parties shall complete expert discovery no later than <u>October 19, 2018</u>.
    b. The parties shall serve expert reports no later than <u>September 14, 2018</u>.
    c. The parties shall serve rebuttal expert reports no later than <u>September 28, 2018</u>.
    d. The parties shall complete expert depositions by <u>October 19, 2018</u>.
    e. The Plaintiff anticipates expert testimony concerning the following issues: liability, vocational rehabilitation, economic loss.
    f. The Defendants and Third-Party Defendants anticipate expert testimony concerning the following issues: liability, medical, vocational rehabilitation, economic loss.
    g. Defendants reserve the right to conduct IMEs within this Expert Discovery schedule.

11. Unless otherwise ordered by the Court, within thirty (30) days from the date for the completion of discovery, the parties shall request a conference with the Court for the purpose of setting either a schedule for summary judgment motions (if no such schedule has yet been set) or a trial date in accordance with the Court's Individual Practices.

12. All motions and applications shall be filed in accordance with the Court's Individual Practices.

Dated: April _____, 2018
New York, New York

SO ORDERED.

_____
DEBRA C. FREEMAN
United States Magistrate Judge