UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
DANIEL S. PILKINGTON,

                            Plaintiffs,

                                   Case No. 17 CV 00060 (DCF)

                               **SUBSTITUTION OF COUNSEL**

   -against

TUTOR PERINI BUILDING CORP. and TUTOR
PERINI CORPORATION,

                           Defendants.
---------------------------------------------------------------------X
TUTOR PERINI BUILDING CORP. and TUTOR
PERINI CORPORATION,

                 Third-Party Plaintiffs,

   -against-

GILSTON ELECTRICAL CONTRACTING CORP.
and HUDSON ELEVATOR GROUP, INC.,

                 Third-Party Defendants.
_____X

      **IT IS HEREBY STIPULATED AND CONSENTED THAT** the law firm of

French and Casey, LLP, 29 Broadway, New York, NY 10006, shall be substituted as

attorney(s) of record for the defendant(s)/third-party plaintiffs, TUTOR PERINI

CORPORATION and TUTOR PERINI BUILDING CORP., in the above entitled action, in

the place and stead of The Law Offices of Kenneth Arthur Rigby, PLLC, as of the date

hereof, and we demand that all papers in this action going forward to served upon the

undersigned in-coming counsel's office at the office address noted herein.

Date:   New York, New York
       May 7, 2018

Kenneth A. Rigby, Esq.
Retiring Attorney(s) for Defendant(s)Third-Party Plaintiffs
Tutor Perini Corporation and Tutor Perini Building Corp.
15 Maiden lane, Suite 803
New York, NY 10038
(212) 629-7575

Beth Rex, Esq.
French and Casey, LLP
In-Coming Attorneys for Defendant(s)Third-Party Plaintiffs
Tutor Perini Corporation and Tutor Perini Building Corp.
29 Broadway
New York, NY 10006
(212) 797-3544

**CONSENTED TO:**

Anne R. Lorenz Regional Risk Manager
Tutor Perini Corporation
One Logan Square
130 N. 18th Street, Suite 1500
Philadelphia, PA 1910

TO:
Neil H. Greenberg & Associates, P.C.
Attorney for Plaintiff
4242 Merrick Road
Massapequa, NY 11758
(516) 228-5100

Gottlieb Siegel & Schwartz, LLP
Attorneys for Third-Party Defendant
Hudson Elevator Group, Inc.
207 E. 94th Street, Mezzanine Level
New York, NY 10128
(646) 449-8141

Bartlett McDonough & Monaghan, LLP
Attorneys for Third-Party Defendant
Gilston Electrical Contracting Corp.
170 Old Country Road
Mineola, NY 11501
(516) 877-2900

2