UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DANIEL S. PILKINGTON,

                Plaintiff,

-against-

TUTOR PERINI BUILDING CORP., and TUTOR
PERINI CORPORATION,

                Defendants.
-----------------------------------------------------------------X
TUTOR PERINI BUILDING CORP., and
TUTOR PERINI CORPORATION,

                Third-Party Plaintiffs,

-against-

GILSTON ELECTRICAL CONTRACTING CORP.,
and HUDSON ELEVATOR GROUP, INC.,

                Third-Party Defendants.
-----------------------------------------------------------------X

17-CV-00060 (DCF)

FINAL REVISED SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/18

**DEBRA C. FREEMAN, U.S.M.J.:**

       After consultation with counsel for the parties, the Court adopts the following Final Revised Scheduling Order in accordance with Federal Rules of Civil Procedure 16 and 26(f):

### THERE WILL BE NO FURTHER EXTENSIONS OF TIME

1. Third-Party Defendant Hudson Elevator Group, Inc.'s Fed. R. Civ. P. Rule 30(b)(6) witness, Brian Farley, shall appear for a deposition on December 17, 2018.

2. TJ Lionetti, of Hudson Elevator Group, Inc., shall appear for a deposition on December 17, 2018.

3. Defendants and Third-Party Defendants shall notify Plaintiff's counsel by January 11, 2019 if they intend to take Plaintiff's expert's deposition. If Defendants and Third-Party Defendants give such notice, Plaintiff's expert shall appear for a deposition by February 15, 2019.

4. Plaintiff shall appear for an Independent Medical Examination on January 29, 2019 at the office of Daniel Rich, M.D., 333 Earle Ovington Blvd., Suite 106, Uniondale, New York.

5. Defendants' and Third-Party Defendants' expert disclosures shall be served on or before February 15, 2019.

6. If Plaintiff intends on taking Defendants' and Third-Party Defendants' expert's deposition, Plaintiff shall give such notice by February 22, 2019. If Plaintiff gives such notice, then the Defendants' and Third-Party Defendants' expert shall appear for a deposition by March 15, 2019.

7. Summary judgment motions shall be filed on March 15, 2019.

8. Opposition papers to any summary judgment motion shall be filed on April 15, 2019.

9. Reply papers shall be filed on April 29, 2019.

Dated: December _13_, 2018
New York, New York

SO ORDERED.

_____
DEBRA C. FREEMAN
United States Magistrate Judge