UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL S. PILKINGTON,

                     Plaintiff,

-against-

TUTOR PERINI BUILDING CORP., et al.,

                     Defendants.

17cv00060 (DF)

**ORDER OF DISCONTINUANCE**

**DEBRA FREEMAN, United States Magistrate Judge:**

     The Court having been informed that the parties have reached an agreement in principle to resolve this action, and the parties having consented pursuant to 28 U.S.C. § 636(c) to the undersigned exercising jurisdiction over this matter and conducting all proceedings herein, it is hereby ORDERED that:

     This action be, and hereby is, discontinued with prejudice and without costs, provided, however, that within 30 days of the date of this Order, if the parties' written documentation of the settlement is not completed, Plaintiff may apply by letter for the restoration of the action to the active calendar of the Court.

Dated:  New York, New York
         September 14, 2020

                                                              SO ORDERED

                                                              DEBRA FREEMAN
                                                              United States Magistrate Judge

Copies to:

All counsel (via ECF)